

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00421-CR

Santiago "Jimmy" **LOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 8581-A
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying the request for post-conviction DNA testing is REVERSED and this matter is REMANDED to the trial court for further proceedings consistent with the parties' "Motion to Enter Agreed Order to Conduct DNA Testing on Biological Materials."

SIGNED February 8, 2017.

_____
Marialyn Barnard, Justice